1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9    FEDERAL HOME LOAN BANK OF
     SEATTLE,                                    No. 2:10-CV-00167-RSM

10

11                        Plaintiff,             **JOINDER OF THE CREDIT SUISSE**
                                                 **DEFENDANTS IN DEFENDANTS'**
           vs.                                   **CONSOLIDATED OPPOSITION TO**
12                                               **PLAINTIFF'S OMNIBUS MOTION TO**
     CREDIT SUISSE SECURITIES (USA) LLC          **REMAND**
13   f/k/a CREDIT SUISSE FIRST BOSTON
     LLC, a Delaware limited liability company;
14   CREDIT SUISSE FIRST BOSTON                  NOTE ON MOTION CALENDAR:
     MORTGAGE SECURITIES CORP., a                Friday, April 23, 2010
15   Delaware corporation; and CREDIT SUISSE
     MANAGEMENT LLC f/k/a CREDIT
16   SUISSE FIRST BOSTON MANAGEMENT
     LLC, a Delaware limited liability company,
17

18                        Defendants.

19

20

21         All Defendants in this action (the "Credit Suisse Defendants"), hereby join in and

22   adopt as though separately pleaded as their own Defendants' Consolidated Opposition to

23   Plaintiff's Omnibus Motion to Remand filed by Countrywide Securities Corp., et al., in Case

24   No. 2:10-CV-00148-RSM (the "Consolidated Opposition") and the accompanying

25   Declaration of Sarah Heaton Concannon, dated April 8, 2010, with Exhibits A-G attached

26   thereto (the "Concannon Declaration").

27

28

JOINDER OF THE CREDIT SUISSE DEFENDANTS IN        HILLIS CLARK MARTIN &
DEFENDANTS' CONSOLIDATED OPPOSITION TO            PETERSON, P.S.
PLAINTIFF'S OMNIBUS MOTION TO REMAND -            1221 Second Avenue, Suite 500
*Page 1*                                          Seattle WA 98101-2925
                                                  206.623.1745; fax 206.623.7789

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the Court's convenience, a copy of the Consolidated Opposition is attached hereto as Exhibit 1, a copy of the Concannon Declaration is attached hereto as Exhibit 2, and copies of the Exhibits to the Concannon Declaration are attached hereto as Exhibits A-G.

Based on the arguments and conclusion of the Consolidated Opposition, the Credit Suisse Defendants respectfully submit that this Court should deny Plaintiff's Omnibus Motion to Remand.

DATED this 8th day of April, 2010.


Respectfully submitted,


HILLIS CLARK MARTIN & PETERSON, P.S.


By ___s/ Michael R. Scott___

Michael R. Scott, WSBA #12822
Michael J. Ewart, WSBA #38655
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  mrs@hcmp.com; mje@hcmp.com

OF COUNSEL
CRAVATH, SWAINE & MOORE LLP
Richard W. Clary (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email: rclary@cravath.com

Attorneys for Defendants
Credit Suisse Securities (USA) LLC, f/k/a
Credit Suisse First Boston LLC; Credit Suisse
First Boston Mortgage Securities Corp.; and
Credit Suisse Management LLC, f/k/a Credit
Suisse First Boston Management LLC

JOINDER OF THE CREDIT SUISSE DEFENDANTS IN DEFENDANTS' CONSOLIDATED OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION TO REMAND - *Page 2*

HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 8th day of April, 2010, I electronically filed the foregoing

3  with the Clerk of the Court using the CM/ECF system which will send notification of such

4  filing to the following:

5      Richard C. Yarmuth - yarmuth@yarmuth.com, kkennedy@yarmuth.com

6
       Matthew A. Carvalho - mcarvalho@yarmuth.com, dheinrich@yarmuth.com,
7         smeyer@yarmuth.com

8      Owen L. Cyrulnik - ocyrulnik@graisellsworth.com, lwalczak@graisellsworth.com

9
       David J. Grais - dgrais@graisellsworth.com, jwalker@graisellsworth.com
10
       Leanne M. Wilson - lwilson@graisellsworth.com
11
       DATED this 8th day of April, 2010, at Seattle, Washington.
12

13

                                    By___s/ Michael R. Scott_____
14                                       Michael R. Scott, WSBA #12822
                                         1221 Second Avenue, Suite 500
15                                       Seattle WA 98101-2925
                                         Telephone:  (206) 623-1745
16                                       Facsimile:  (206) 623-7789
                                         Email:  mrs@hcmp.com
17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service